# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

PC PAL SOLUTIONS, INC.,

    Plaintiff,                                CASE NO. 8:21-CV-01464-MSS-TGW

v.

UMA EDUCATION, INC.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff PC Pal, Inc. and Defendant UMA Education, Inc. (collectively, the "Parties"), pursuant to Local Rule 3.09(a) and Section VII(C) of the Court's Case Management and Scheduling Order (Doc No. 21), hereby notify this Court that as of the date hereof, the Parties have reached a confidential settlement.

| | |
|---|---|
| DATED: December 21, 2021 | Respectfully submitted, |
| s/Christopher S. Knopik | s/Gregory W. Herbert |
| Christopher S. Knopik | Gregory W. Herbert, Esq. |
| Florida Bar No. | Florida Bar No. 111510 |
| cknopik@bkmlaws.com | herbertg@gtlaw.com |
| BETRAS, KOPP & MARKOTA, LLC | **GREENBERG TRAURIG, P.A.** |
| 1611 West Platt Street | 450 S. Orange Avenue, Suite 650 |
| Tampa, Florida 33606 | Orlando, FL 32801 |
| Telephone: (813) 333-9420 | Telephone No. (407) 420-1000 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

ACTIVE 61502458v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Gregory W. Herbert*
Gregory W. Herbert, Esq.

*ACTIVE 61502458v1*